UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESUS MAURICIO FIGUEREDO CASTILLO,

                Petitioner,

    - against -

SHERIFF PAUL ARTETA, ET AL.,

                Respondents.

---

26-cv-2229 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear by telephone for a conference in connection with Mr. Castillo's petition for a writ of habeas corpus and application for a temporary restraining order today, **March 18, 2026, at 3:30 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
          March 18, 2026

                    John G. Koeltl
               United States District Judge