UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESUS MAURICIO FIGUEREDO CASTILLO,

               Petitioner,          26-cv-2229 (JGK)

      - against -            ORDER

PAUL ARTETA, ET AL.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

On March 18, 2026, the Court issued a temporary restraining order and instructed the parties to provide "promptly" an agreed schedule for briefing any extension of the temporary restraining order and the request for a preliminary injunction. ECF No. 5. To date, no agreed schedule has been filed. The parties are instructed to provide the Court with an agreed briefing schedule for any extension of the temporary restraining order and the request for a preliminary injunction by **Thursday, March 26, 2026.**

SO ORDERED.

Dated:    New York, New York
          March 24, 2026

                              John G. Koeltl
                   United States District Judge