**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 26, 2026

**By ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted. Temporary restraining order extended to April 14, 2026 and other deadlines approved. So ordered. 3/27/26 John G. Koeltl / U.S.D.J.

Re: *Figueredo Castillo v. Arteta, et al.*, No. 26 Civ. 2229 (JGK)

Dear Judge Koeltl:

This Office represents Respondents (the "Government") in the above-referenced action. I write jointly with Petitioner in response to the Court's orders, *see* Dkt. Nos. 5–6, to propose a schedule for combined briefing on Petitioner's habeas petition and request for a preliminary injunction. The parties respectfully request that the Court endorse the following schedule:

- Respondents' opposition to Petitioner's request for a preliminary injunction and response to Petitioner's habeas petition shall be due by April 7, 2026;
- Petitioner's reply in further support of his request for a preliminary injunction and habeas petition shall be due by April 10, 2026.

The parties further request a two-week extension, from March 31, 2026, to April 14, 2026, of the temporary restraining order entered by the Court on March 18, 2026. *See* Dkt. No. 5. The Government consents to this extension, *see* Fed. R. Civ. P. 65(b)(2), which would allow it sufficient time to consult with the agency and prepare its response.

I thank the Court for its consideration of these requests.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Jessica F. Rosenbaum*
JESSICA F. ROSENBAUM
Assistant United States Attorney
Tel.: (212) 637-2777
Email: jessica.rosenbaum@usdoj.gov