UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESUS MAURICIO FIGUEREDO CASTILLO,

                    Petitioner,             26-cv-2229 (JGK)

       - against -                ORDER

PAUL ARTETA, ET AL.,

                    Respondents.

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear by telephone for a conference in connection with Mr. Castillo's petition for habeas corpus **today, April 13, 2026, at 4:30 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:     New York, New York
           April 13, 2026

                                 John G. Koeltl
                         United States District Judge