UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESUS MAURICIO FIGUEREDO CASTILLO,

                      Petitioner,                26-cv-2229 (JGK)

        - against -                ORDER

PAUL ARTETA, ET AL.,

                      Respondents.

---

JOHN G. KOELTL, District Judge:

On March 18, 2026, the Court issued a temporary restraining order, which, among other things, required the government to release the petitioner, Mr. Castillo, from custody. ECF No. 5. On March 27, 2026, the Court extended the temporary restraining order until April 14, 2026. ECF No. 9. As discussed during the telephone conference held today, the temporary restraining order is again extended until April 20, 2026 at 2:30 p.m. The Government consents to this extension. See Fed. R. Civ. P. 65(b)(2) (a temporary restraining order "expires at the time after entry — not to exceed 14 days — that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension").

SO ORDERED.

Dated:    New York, New York
           April 13, 2026

                                John G. Koeltl
                       United States District Judge