**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 JESUS MAURICIO FIGUEREDO CASTILLO,

                                        Petitioner,

            -against-                                              26 **CIVIL** 2229 (JGK)

                                                                  **JUDGMENT**

PAUL ARTETA, ET AL.,

                                        Respondents.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated April 17, 2026, Figueredo Castillo's

petition for a writ of habeas corpus and motion for a preliminary injunction with respect to his

due-process claim are denied without prejudice to his right to challenge any subsequent detention

on any available statutory or constitutional grounds; accordingly, the case is closed.

**Dated:** New York, New York

        April 20, 2026

                                                **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**

                                                   K. mango
                                BY:
                                        _____
                                                **Deputy Clerk**